David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, APRIL DONDOY*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

|   |   |
|---|---|
| APRIL DONDOY,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-01141-JCM-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Plaintiff APRIL DONDOY and Defendant EQUIFAX INFORMATION SERVICES, LLC hereby stipulate and agree that the above-entitled action shall be

…

…

…

…

…

…

…

dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2)Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 3, 2018

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/Bradley T. Austin, Esq.<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorney for Defendant* |
|---|---|

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 4, 2018